**Order entered December 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00936-CV

### WILLIS ALAN HIZAR, ET AL., Appellants

### V.

### KENNETH HEFLIN, ET AL., Appellees

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 007-01345-2020**

## ORDER

The reporter's record is past due. After the court reporter notified the Court that appellant had not requested the record, we directed appellants to file, by December 9, 2021, written verification that they had requested the reporter's record and paid or made arrangements to pay the reporter's fee. We cautioned appellants that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's

date, appellants have not complied.  Accordingly, we **ORDER** the appeal be submitted without the reporter's record.  *See id.*

Appellants' brief on the merits is due **within thirty days** of the date of this order.

/s/    KEN MOLBERG
           JUSTICE